[No. 8075-3-II. Division Two. March 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE CHARLES KROUM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Mason County, No. 83-1-00008-4, Hewitt A. Henry, J., entered August 9, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 8667-1-II. Division Two. March 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL WILLIAM CUNNINGHAM, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91989RO40, Waldo F. Stone, J., entered April 5, 1985. *Dismissed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 16819-3-I. Division One. March 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN FREDERICK MURPHY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-02534-1, Jim Bates, J., entered July 11, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 16167-9-I. Division One. March 2, 1987.]

ANTHONY SCHWAB, *Appellant,* v. DARIUS F. RICHARDS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-16000-6, Mary Wicks Brucker, J., entered February 15, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Grosse, JJ.